# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

KIM MCCLOUD MICHAEL MCCLOUD; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 17-00558

Sheriff's Sale Date:

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: Summons & Complaint

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served KIM MCCLOUD the above process on the 21 day of March, 2017, at 11:30 o'clock, AM, at 43 ASH ROAD HAMBURG, PA 19526, County of Berks, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: TONY GAITHER
Relationship/Title/Position: SON
Remarks: ___
Description: Approximate Age 21-25  Height 6'1  Weight 170  Race WHITE  Sex MALE  Hair BLACK
Military Status: ☑ No  ☐ Yes  Branch: ___

Commonwealth/State of Pa          )
                                  ) SS:
County of Berks                   )

Before me, the undersigned notary public, this day, personally, appeared ___Jeffrey Clohessy___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-162684
Case ID #: 4840901

Subscribed and sworn to before me this 23 day of MAR, 2017.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 17-00558

Sheriff's Sale Date: [illegible]

v.

KIM MCCLOUD MICHAEL MCCLOUD; et al.
**Defendant (Respondent)**

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: Summons & Complaint

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MICHAEL MCCLOUD the above process on the 21 day of March, 2017, at 11:30 o'clock, AM, at 43 ASH ROAD HAMBURG, PA 19526, County of Berks, Commonwealth of Pennsylvania:

**Manner of Service:**

[☑] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: TONY GAITHER
Relationship/Title/Position: SON
Remarks: _____
Description: Approximate Age 21-25  Height 6'1  Weight 170  Race WHITE  Sex MALE  Hair BLACK
Military Status: [☑] No  [ ] Yes  Branch: _____

Commonwealth/State of  PA  )
                           ) SS:
County of  Berks           )

Before me, the undersigned notary public, this day, personally, appeared ___Jeffrey Clohessy___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-162684
Case ID #: 4840901

Subscribed and sworn to before me
this 23 day of March, 20 17.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017