IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 17-558 |
| v. | : | |
| | : | |
| KIM MC CLOUD and | : | |
| MICHAEL MC CLOUD, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 1st day of May, 2017, it is hereby **ORDERED** that a **HEARING** on plaintiff's Motion for Default Judgment and to determine plaintiff's damages is **SCHEDULED** for **Wednesday, May 10, 2017 at 10:00 a.m.** in Courtroom 14B of the U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.