# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | NO. 17-558 |
| v. | : | |
| | : | |
| **KIM MC CLOUD** and | : | |
| **MICHAEL MC CLOUD,** | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 8th day of May, 2017, it is hereby **ORDERED** that the **HEARING** on plaintiff's Motion for Default Judgment and to determine plaintiff's damages scheduled for May 10, 2017 is **RESCHEDULED** for **Thursday, May 18, 2017 at 11:00 a.m.** in Courtroom 14B of the U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.

Copies mailed to Plaintiffs from chambers on 5/8/17:

Kim McCloud and Michael McCloud
43 Ash Road
Hamburg, PA 19526