

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 17-00558 |
| DEFENDANT | TYPE OF PROCESS |
| KIM MCCLOUD & MICHAEL MCCLOUD | HANDBILL |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KIM MCCLOUD
ADDRESS (Street or RFD, Apartment No., City, State and ZIP code)
43 Ash Road Hamburg, PA 19526

SEND NOTICE OF SERVICE COPY OF REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group, P.C.
701 Market
Suite 5000
Philadelphia, PA 19106

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)

Please post premises by 8/6/2017.

FILED
JUL 11 2017
KATE BARKMAN, Clerk
By ___ Dep. Clerk

Signature of Attorney other Originator requesting service behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 215-627-1322
DATE: 6/3/17

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: 66
District to Serve: 66
Signature of Authorized USMS Deputy or Clerk
Date: 6/5/17

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only different than shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 6/20/2017
Time: 10:00 ☒ am
Signature of U.S. Marshal or Deputy: Miller 1318m

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund) |
|---|---|---|---|---|---|
| 65.00 | 21.40 | | 76.40 | | 21.40 $0.00 |

REMARKS: NOTICE POSTED ON THE FRONT DOOR OF THE RESIDENCE.
- NO ONE HOME
- 40 MILES ROUND TRIP - 1 DEPUTY - 1 HOUR

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80