**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>17-00558 |
|---|---|
| DEFENDANT<br>Kim McCloud & Michael McCloud | TYPE OF PROCESS<br>US Marshals Sale of Real Estate |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | Kim McCloud & Michael McCloud |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 43 Ash Road, Hamburg, PA 19526 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 66 | No. 66 | *George Spac* | 8/29/17 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>9/6/2017 | Time<br>11:10 | ☒ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy *Ken L. Miller* | | 1318m |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| | 2×.53=1.07 | | 1.07 | | 1.07 | $0.00 |

REMARKS:

Property (43 Ash Road, Hamburg, PA) sold at auction. Sale held at the Berks County Courthouse, 633 Court Street, Reading, PA.

1 ENDEAVOR , 2 MILES R/T , 1 DUSM

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13



**U.S. Department of Justice**

**United States Marshals Service**

*Eastern District of PA*

---

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: *17 - 00 558*

I, _____ROB MILLER_____, a Deputy U.S.

Marshal for the Eastern District of Pennsylvania, sold the property located at

_____43 ASH ROAD, HAMBURG, PA 19526_____.

The public sale was held on _____09/06/2017_____

and the highest bidder was _____MERVIN S. GARMAN_____

who bid the amount of $_____121,000.00_____.

By: _____ROB MILLER_____    *1318m*

Deputy U.S. Marshal

**USMS Sale Bid Sheet**

**43 Ash Road**

**Hamburg, PA 19526**

**Kim and Michael MCCLOUD – CV-17-00558**

| Bidder | Amout |
|---|---|
| Garman | 99,800   OPENING |
| R horse | 100K |
| Garman | 100,500 |
| R house | 101 K |
| Garman | 101,500 |
| Rhorse | 102,000 |
| Garman | 102,500 |
| Rhorse | 103 K |
| Garman | 103,500 |
| Rhorse | 105 K |
| Garman | 106 K |
| Sara Senseng | 106,500 |
| Garman | 107 K |
| Sara Senseng | 107,500 |
| Garman | 108 K |
| Senseng | 108,500 |
| Garman | 109 K |
| Senseng | 109,500 |
| Garman | 110 K |

**USMS Sale Bid Sheet**

**43 Ash Road**

**Hamburg, PA 19526**

**Kim and Michael MCCLOUD – CV-17-00558**

| Bidder | Amout |
|---|---|
| S enseng | 110,500 |
| G arman | 111 |
| S enseng | 111,500 |
| G arman | 112 |
| S enseng | 112,5 |
| G arman | 113 |
| S enseng | 113,500 |
| G arman | 114 |
| S enseng | 114,500 |
| G arman | 115 |
| S enseng | 115,5 |
| G arman | 116 |
| Sara Senseng | 117 K |
| G arman | 117,500 |
| S enseng | 118 |
| G arman | 119 |
| S enseng | 119,500 |
| G arman | 120 K |
| S enseng | 120,500 |

**USMS Sale Bid Sheet**

**43 Ash Road**

**Hamburg, PA 19526**

**Kim and Michael MCCLOUD – CV-17-00558**

| Bidder | Amout |
|--------|-------|
| Garman | 121 K |  final
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |





**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

**NAME:** Mervin S. Garman

**ADDRESS:** 118 Jeanel Circle
Lititz, Pa 17543

**PHONE (DAY):** (717) 314-6187

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder.   There will be no exceptions or changes.

Mervin S. Garman

The above is precisely how the name(s) are to appear in the deed

**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia PA 19106

## BIDDER'S REGISTRATION FORM

**NAME:**  Sarah Senseng on behalf of BP Real Estate Investment Group

**ADDRESS:**  1770 Oregon Pike

Lancaster, PA 17601

**PHONE (DAY):**  717-327-0232

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder.   There will be no exceptions or changes.

BP Real Estate Investment Group LP

The above is precisely how the name(s) are to appear in the deed





**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

*Philadelphia, PA 19106*

## BIDDER'S REGISTRATION FORM

**NAME:** Rhouse 5/6, LLC

**ADDRESS:** 405 Owl Hill Rd

Lititz, PA 17543

**PHONE (DAY):** 717 278 8486

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder.   There will be no exceptions or changes.

Rhouse 5/6, LLC

The above is precisely how the name(s) are to appear in the deed