# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                Plaintiff

v.

KIM MCCLOUD
MICHAEL MCCLOUD
                Defendants

Civil Action No: 17-00558

## ORDER

AND NOW, this 16th day of October, 2017, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on September 06, 2017 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to Mervin S. Garman, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of KIM MCCLOUD and MICHAEL MCCLOUD in and to the premises sold located at 43 Ash Road, Hamburg, PA 19526.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

                                                _____
                                                          J.